## Commonwealth *v.* Poindexter, Appellant.

Argued September 15, 1970. *Nolan N. Atkinson, Jr.,* with him *Jack M. Myers,* and *Zack and Myers,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Punyko, Appellant.

Submitted September 18, 1970. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.